**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 14-cv-02925-REB-KMT

BIA INVESTORS, L.L.C., a Colorado Limited Liability Company,
SFCRT, L.L.C., a Colorado Limited Liability Company,
SFHT, L.L.C., a Colorado limited liability company,

    Plaintiffs,

v.

LOGISTICS FINANCE, INC., a California corporation,
KEVIN B. LYNCH, a resident of California,
DOES #1 THROUGH #17,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the **Motion for Voluntary Dismissal Without Prejudice** [#15][1] filed March 25, 2015. After careful review of the motion and the file, I conclude that the motion should be granted and that this action should be dismissed without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Motion for Voluntary Dismissal Without Prejudice** [#15], filed March 25, 2015, is granted;

2. That all pending pretrial deadlines and hearings are vacated; and

3. That this action is dismissed without prejudice, with the parties to pay their own attorney fees and costs.

---

[1] "[#15]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

Dated March 26, 2015, at Denver, Colorado.

                                    **BY THE COURT:**

                                    */s/ Robert E. Blackburn*
                                    Robert E. Blackburn
                                    United States District Judge